UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**CONSWELLA A ROBINSON**          **CASE NO.  2:20-CV-01128**

**VERSUS**                                                **JUDGE JAMES D. CAIN, JR.**

**SERVICE COMPANIES INC**       **MAGISTRATE JUDGE KAY**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) (Doc. 5) is hereby **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 23rd day of February, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE